IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER, | 1:10-cv-00096 MJS (PC) |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO RESPOND TO THE COURT'S ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT |
| ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA, et al., | |
| Defendants. | RESPONSE DUE IN 30 DAYS |

On March 8, 2010, the court issued a Second Order Re Consent or Request for Reassignment, requiring plaintiff to complete and return the form within thirty (30) days, indicating either his consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the case be reassigned to a U.S. District Judge. The thirty (30)-day period has now expired, and plaintiff has not returned the form, or otherwise responded to the court's order.

Local Rule 110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, plaintiff shall complete and return the Order Re Consent or Request for Reassignment, a copy of which is attached hereto, or show cause, in writing, why

1  sanctions, up to and including dismissal of this action, should not be imposed against him for
2  failing to obey a court order.
3
4  IT IS SO ORDERED.
5  Dated:     April 28, 2010                             /s/ Michael J. Seng
                                                  UNITED STATES MAGISTRATE JUDGE